UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

BRIAN C. POWERS,

                 Plaintiff,

  v.

WASHINGTON DEPARTMENT OF CORRECTIONS, ELDON VAIL, RONALD FRAKER, BRENT CARNEY, JAY A. JACKSON, JAMIE CALLEY,

                 Defendants.

No. C11-5806 RBL/KLS

ORDER GRANTING DEFENDANTS' MOTION TO FILE OVERLENGTH SUMMARY JUDGMENT MOTION

Before the Court is Defendants' Motion to File Over-Length Motion for Summary Judgment. ECF No. 25. Defendants wish to file a motion for summary judgment that exceeds the page limit by 5 pages. *Id.*

It is **ORDERED**:

1) Defendants' motion (ECF No. 25) is **GRANTED.** Pursuant to CR 7(f)(4), Plaintiff shall be allowed five additional pages in his brief in opposition.

2) The Clerk shall send a copy of this Order to Plaintiff and to counsel for Defendants.

**DATED** this   15th   day of October, 2012.

                                                    Karen L. Strombom
                                                    United States Magistrate Judge

ORDER - 1