UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| BRIAN C. POWERS,<br><br>                        Plaintiff,<br><br>  v.<br><br>WASHINGTON DEPARTMENT OF CORRECTIONS, ELDON VAIL, RONALD FRAKER, BRENT CARNEY, JAY A. JACKSON, JAMIE CALLEY,<br><br>                       Defendants. | No. C11-5806 RBL/KLS<br><br>ORDER GRANTING DEFENDANTS' MOTION TO FILE OVERLENGTH SUMMARY JUDGMENT MOTION |

Before the Court is Defendants' Motion to File Over-Length Motion for Summary Judgment. ECF No. 25. Defendants wish to file a motion for summary judgment that exceeds the page limit by 5 pages. *Id.*

It is **ORDERED**:

1) Defendants' motion (ECF No. 25) is **GRANTED.** Pursuant to CR 7(f)(4), Plaintiff shall be allowed five additional pages in his brief in opposition.

2) The Clerk shall send a copy of this Order to Plaintiff and to counsel for Defendants.

**DATED** this   15th   day of October, 2012.

                                                Karen L. Strombom
                                                United States Magistrate Judge

ORDER - 1