UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

BRIAN C. POWERS,

                 Plaintiff,

   v.

WASHINGTON DEPARTMENT OF CORRECTIONS, ELDON VAIL, RONALD FRAKER, BRENT CARNEY, JAY A. JACKSON, JAMIE CALLEY,

                 Defendants.

No. C11-5806 RBL/KLS

ORDER GRANTING EXTENSION TO RESPOND TO SUMMARY JUDGMENT MOTION

Plaintiff requests a sixty day extension of time to respond to Defendants' motion for summary judgment. ECF No. 31. Defendants' motion for summary judgment is presently noted for November 2, 2012. ECF No. 26. Plaintiff's response would have been due on October 29, 2012. Defendants have not filed any opposition to Plaintiff's request.

It is **ORDERED**:

1) Plaintiff's motion (ECF NO. 31) is **GRANTED.**

2) Plaintiff's response to Defendants' motion for summary judgment shall be filed **on or before January 7, 2013.** Defendants reply is due **on or before January 11, 2013.** The Clerk is directed to **re-note** Defendants' motion for summary judgment (ECF No. 26) for **January 11, 2013.**

3) The Clerk shall send a copy of this Order to Plaintiff and to counsel for Defendants.

**DATED** this 17th day of December, 2012.

/s/ Karen L. Strombom
Karen L. Strombom
United States Magistrate Judge

ORDER - 1