UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

BRIAN C. POWERS,

             Plaintiff,

  v.

WASHINGTON DEPARTMENT OF CORRECTIONS, ELDON VAIL, RONALD FRAKER, BRENT CARNEY, JAY A. JACKSON, JAMIE CALLEY,

             Defendants.

No. C11-5806 RBL/KLS

ORDER GRANTING EXTENSION TO FILE JOINT STATUS REPORT

The Defendants request a ninety day extension of the joint status report deadline. ECF No. 33. Defendants' motion for summary judgment (ECF No. 26) is pending and Plaintiff has been granted an extension, until January 7, 2013, to file his response. ECF No. 32. The current joint status report deadline is January 4, 2013.

Accordingly, it is **ORDERED**:

1)   Defendants' motion (ECF No. 33) is **GRANTED.**

2)   The parties' deadline for filing a joint status report shall be extended to **April 5, 2013.**

3)   The Clerk shall send a copy of this Order to Plaintiff and to counsel for Defendants.

**DATED** this 9th day of January, 2013.

Karen L. Strombom
United States Magistrate Judge

ORDER - 1