# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| BRYAN C. POWERS,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>WASHINGTON DEPARTMENT OF CORRECTIONS, et al.,<br><br>　　　　　　　Defendants. | NO. C11-5806-RBL/KLS<br><br>ORDER GRANTING DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE JOINT STATUS REPORT |

The Court, having reviewed the record and Defendants' motion for extension of time to file Joint Status Report (ECF No. 40), does hereby find and **ORDER**:

1. Defendants' Motion is **GRANTED**;

2. The Joint Status Report Deadline in this matter is extended to **July 26, 2013.**

3. The Clerk shall send copies of this Order to Plaintiff and counsel for Defendants.

**DATED** this 22nd day of April, 2013.

*Karen L. Strombom*
Karen L. Strombom
United States Magistrate Judge

ORDER  - 1