UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

BRYAN C. POWERS,

                   Plaintiff,

    v.

WASHINGTON DEPARTMENT OF
CORRECTIONS, ELDON VAIL, RONALD
FRAKER, BRENT CARNEY, JAY A.
JACKSON, JAMIE CALLEY,

                   Defendants.

No. C11-5806 RBL/KLS

**ORDER ADOPTING REPORT AND
RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen

L. Strombom, objections to the Report and Recommendation, if any, and the remaining record,

does hereby find and **ORDER:**

(1)    The Court adopts the Report and Recommendation.

(2)    Defendants' Motion for Summary Judgment (ECF No. 26) is **GRANTED;**
Plaintiff's claims against Defendants are **Dismissed With Prejudice, except**
Plaintiff's claims relating to the 2010 Ramadan El ul-Fitr feast, which are
**Dismissed Without Prejudice for failure to exhaust.**

(3)    The Clerk is directed to send copies of this Order to Plaintiff, counsel for any
Defendants who have appeared, and to the Hon. Karen L. Strombom.

**DATED** this 23rd day of April, 2013.

_____

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND RECOMMENDATION- 1