UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| BRYAN C. POWERS,<br><br>    Plaintiff,<br><br> v.<br><br>WASHINGTON DEPARTMENT OF CORRECTIONS, ELDON VAIL, RONALD FRAKER, BRENT CARNEY, JAY A. JACKSON, JAMIE CALLEY,<br><br>    Defendants. | No. C11-5806 RBL/KLS<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and **ORDER:**

(1) The Court adopts the Report and Recommendation.

(2) Defendants' Motion for Summary Judgment (ECF No. 26) is **GRANTED;** Plaintiff's claims against Defendants are **Dismissed With Prejudice, except** Plaintiff's claims relating to the 2010 Ramadan El ul-Fitr feast, which are **Dismissed Without Prejudice for failure to exhaust.**

(3) The Clerk is directed to send copies of this Order to Plaintiff, counsel for any Defendants who have appeared, and to the Hon. Karen L. Strombom.

**DATED** this 23rd day of April, 2013.

        _/s/ Ronald B. Leighton_
        RONALD B. LEIGHTON
        UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND RECOMMENDATION- 1